UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

January 7, 2002

Memo To Counsel Re: William A. Shlapack v. UNUM Life Insurance Co. of America
Civil No. JFM-01-3781

Dear Counsel:

This will confirm the schedule set during the conference held today.

| | |
|---|---|
| April 12, 2002 | Deadline for UNUM to file motion for summary judgment |
| May 10, 2002 | Deadline for plaintiff to file opposition and cross-motion for summary judgment |
| May 31, 2002 | Deadline for UNUM to file opposition/reply |
| June 21, 2002 | Deadline for plaintiff to file reply |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File

