IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM A. SHLAPACK | * | |
| | * | |
| v. | * | Civil No. JFM-01-CV-3781 |
| | * | |
| UNUM LIFE INSURANCE CO. OF AMERICA | * | |
| | * | |

\*\*\*\*\*

ORDER

For the reasons stated in the accompanying memorandum, it is, this 3rd day of September 2002

ORDERED that

1. Defendant's motion is granted.

2. Plaintiff's motion is denied.

3. Judgment is entered in favor of the defendant.

J. Frederick Motz
United States District Judge

